### DURYEA MFG. CO. v. AGRIPPA MFG. CORPORATION et al.

(Circuit Court of Appeals, Third Circuit. June 13, 1921.)

No. 2666.

Patents ⬤➡328—933,011, for belting, void for anticipation.
  The Wooster patent, No. 933,011, for belting, of fabric saturated with asphaltum, *held* void for anticipation.

Appeal from the District Court of the United States for the District of New Jersey; Joseph L. Bodine, Judge.

Suit in Equity by the Duryea Manufacturing Company against the Agrippa Manufacturing Corporation and others. Decree for defendants, and complainant appeals. Affirmed.

For opinion below, see 270 Fed. 224.

Russell M. Everett, of Newark, N. J. (Harry B. Rook, of Newark, N. J., of counsel), for appellant.

Benjamin P. De Witt, of New York City (Mock & Blum, of New York City, of counsel), for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. This case concerns the validity and infringement of patent No. 933,011, granted August 31, 1909, to Philip L. Wooster, for belting. Its single claim is:

"As an article of manufacture, belting consisting of an absorbent woven fabric body portion which has been saturated with a solution of asphaltum and dried."

Full proofs were taken and the case heard by Judge Bodine, who subsequently rendered the following opinion: [Published in 270 Fed. 224.]

From a decree in accord therewith an appeal was taken to this court. We have heard able and exhaustive arguments of the respective counsel, but we all find no reason to differ from the conclusion reached by the trial judge. His opinion aptly sets forth all that need be said, and, as we agree therewith, we adopt it as fittingly setting forth the conclusions we likewise reach.

The decree below is affirmed.